IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME BLACKSHEAR,

    Plaintiff,

vs.       CASE NO. 5:06cv50-RS

NORMA B. GILO, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation dated April 25, 2006 (Document 10) and defendant's Motion for Objections to Magistrate Order (Document 11). The court has reviewed *de novo* the defendant's objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

ORDERED on May 25, 2006.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**